UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA E. DE DIOS, et. al.,

        Plaintiffs,

    v.

HSBC MORTGAGE SERVICES, et. al.,

        Defendants.

NO. 2:09-CV-2430 FCD GGH

ORDER FOR SANCTIONS

On November 30, 2009, plaintiffs' counsel, Ms. Sharon Lapin, was ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition brief or notice of non-opposition to defendants' pending motion to dismiss. The court ordered counsel to file her response to the Order to Show Cause on or before February 12, 2010, and appear at a hearing set for February 26, 2010 at 10:00 a.m.

Plaintiffs' counsel filed her response to the Order to Show Cause on January 19, 2010, and the court does not find good cause to discharge the Order to Show Cause. Accordingly, the court makes the following orders:

    1.    Ms. Lapin shall pay sanctions in the amount of $150.00. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid

1           personally by plaintiffs' counsel not later than ten
2           (10) days from the filing of this Order for Sanctions.
3   2.   This sanction is personal to the attorney, is to be
4        borne by her personally, and is not to be transmitted
5        to the client by way of a charge of attorney's fees
6        and/or costs.
7   3.   Not later than twenty (20) days from the filing of this
8        Order, plaintiffs' counsel shall file a declaration
9        attesting to her compliance with the terms of this
10       Order.
11   4.   The hearing on the Order to Show Cause set for February
12       26, 2010 is VACATED.

IT IS SO ORDERED.

DATED: February 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE